RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GERALD RAY LEWIS,** | * | **CIVIL ACTION NO. 2:11-cv-1315** |
| Plaintiff, | * | |
| v. | * | **JUDGE MINALDI** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | * | |
| | * | **MAGISTRATE JUDGE KAY** |
| Defendant. | * | |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 21] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's application for the writ of *habeas corpus* [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE